Brett M. Schatz (schatbr)
Mann Mann & Schatz P.C.
153 Centre Street, Suite 202
New York, NY 10013
Tel: 212-941-1888
Fax: 212-941-0554
e-mail: bschatz@mmsfirm.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X   Case No: 10 CV 1326 (WHP)
JOHN PARDOVANI and MARTIN BRACKEN,
Individually and on behalf of
others similarly situated,                                                 **NOTICE OF DISSMISAL**
                                                        Plaintiff(s)        FED. R. CIV. P. 41(a)(1)(A)(i)

           -against-

ABM INDUSTRIES, INC., ABM JANITORIAL
SERVICES- NORTHEAST, INC., BUILDING
MAINTENECE SERVICE LLC, CLEANING                                           **CM/ECF CASE**
SERVICES INDUSTRIES, INC., COLLINS
BUILDING SERVICES, INC., GUARDIAN SERVICE
INDUSTRIES, INC., MURRAY HILL OFFICE
MAINTENANCE INC., PERFECT BUILDING
MAINTENANCE CORP., PRITCHARD INDUSTRIES,
INC., TEMCO SERVICE INDUSTRIES, INC.,
TRIANGLE SERVICES, INC., SPANIER BUILDING
MAINTENANCE CO. INC., UNITED BUILDING
MAINTENANCE, INC., UNITED BUILDING
MAINTENANCE ASSOCIATES,
INC., LOCAL 32BJ SERVICE EMPLOYEES
INTERNATIONAL UNION,

                                                        Defendant(s)
-----------------------------------------------------------------------X
TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

TAKE NOTICE that John Pardovani and Martin Bracken, plaintiffs in this action, dismiss this action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: January 24, 2011

                                                        Respectfully submitted,

1

        Mann Mann & Schatz P.C.

        */s/ Brett M. Schatz*
        Brett M. Schatz (schatbr)
        Attorney for plaintiff(s)
        153 Centre Street, Suite 202
        New York, NY 10013
        Tel: 212-941-1888
        Fax: 212-941-0554
        e-mail: bschatz@mmsfirm.com